IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOHN E. SEARCY, JR.                                            PLAINTIFF

      v.           Civil No. 01-3082

J. ROBERTS, Individually and in his
Official Capacity as an Officer of the
Arkansas State Police; M. YOUNG, Individually
and in his Official Capacity as an Officer
of the Arkansas State Police;                                  DEFENDANTS

## JUDGMENT

For reasons stated in a memorandum opinion of this date, the Court hereby enters **JUDGMENT** in favor of all defendants, and against plaintiff, and **DISMISSES** plaintiff's complaint **WITH PREJUDICE**.

IT IS SO ORDERED AND ADJUDGED this 28th day of March, 2006.

                                    /S/JIMM LARRY HENDREN
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE